UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CATHERINE M., AND D.M.,

    Plaintiffs,

v.

REGENCE BLUESHIELD,

    Defendant.

Case No. 2:25-cv-00331-JHC

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

    This Court, having reviewed Defendant Regence BlueShield's ("Defendant") Unopposed Motion to Extend Time to Respond to Complaint, Dkt. # 19, and having found good cause, hereby ORDERS that Defendant's response deadline shall be extended as follows:

|  | **New Deadline** |
|---|---|
| Defendant's Response to Plaintiffs' Complaint | April 11, 2025 |

    It is so ORDERED this 17th day of March, 2025.

_____
John H. Chun
United States District Judge

ORDER GRANTING
UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT - 1