UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHERINE M., AND D.M.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>REGENCE BLUESHIELD,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-00331-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>November 10, 2025 |

COMES NOW Defendant Regence Blueshield ("Defendant") and Plaintiffs Catherine M., and D.M., each on behalf of themselves (collectively "Plaintiffs"), by and through their respective counsel of record, hereby jointly stipulate that this matter has been fully resolved and that all of the claims in the above-entitled matter are dismissed with prejudice and without costs or fees.

IT IS SO STIPULATED this 10th day of November 2025.

Dated: November 10, 2025.

**BRIAN S. KING, P.C.**

s/ Brian S. King
Brian S. King, Utah #4610
*Admitted pro hac vice*
Brent J. Newton
Samuel M. Hall
Andrew J. Somers
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739

Dated: November 10, 2025.

**OGDEN MURPHY WALLACE**

s/ Medora A. Marisseau
Medora A. Marisseau, WSBA No. 23114
701 Fifth Ave., Ste. 5600
Seattle, WA 98104
Phone: (206) 447-2240
Fax: (206) 447-0215
Email: mmarisseau@omwlaw.com

1  Facsimile: (801) 532-1936     *Attorneys for Defendant*
   brian@briansking.com
2  brent@briansking.com
3  samuel@briansking.com
   andrew@briansking.com
4
5  *Attorneys for Plaintiffs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER OF DISMISSAL - 2

**ORDER OF DISMISSAL**

Based upon the foregoing stipulation of the parties, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted by any parties in this case are hereby DISMISSED with prejudice and without any award of costs and fees.

Dated this 10th day of November, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE